**No. 58848.**—Greatrex, Ltd., and J. J. Gavin & Co., Inc. *v.* United States, protests 171082–K, etc. (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited*, and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiffs was sustained.